**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA.,

        Plaintiff,                     CASE NO. 88-50070-7

-vs-                               PAUL D. BORMAN
                                     UNITED STATES DISTRICT JUDGE

D-7 KENNETH LEE JOHNSON,

        Defendant.

_____/

## ORDER

Before the Court is a letter from the Bureau of Prisons requesting the Court's position on

a retroactive designation in the above entitled case. The Court has reviewed the record and has

determined that the sentence should be retroactive and concurrent to the state sentence imposed

December 14, 1994.

       **SO ORDERED**.


                                 s/Paul D. Borman
                                 PAUL D. BORMAN
                                 UNITED STATES DISTRICT JUDGE

Dated: October 22, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on
October 22, 2008.


                                 s/Denise Goodine
                                 Case Manager